THERESA N. BOLES, RESPONDENT, v. TRENTON FIRE CLAY AND PORCELAIN COMPANY, APPELLANT.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose opinion is reported in 102 *N. J. L.* 479.

For the respondent, *Herbert W. Backes.*

For the appellant, *Aaron V. Dawes.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.